

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

George B. Pauta
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
gpauta@littler.com

March 21, 2013

**VIA ECF**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>Marin v. Apple-Metro, Inc. et al</u>
    Case No. 12-CV-05274 (ENV)(CLP)

Dear Magistrate Judge Pollak:

We represent the Parties in the above-referenced matter.  Pursuant to Your Honor's Status Report Order dated February 21, 2013, the Parties jointly submit this letter to update the Court as to the status of the case.

On October 22, 2012, Plaintiff Carlos Marin commenced this action by filing a complaint, on behalf of himself and all others similarly situated, asserting certain causes of action under the Fair Labor Standards Act (FLSA) and New York Labor Law, which are based on allegations that Defendants failed to pay Plaintiff and all others similarly situated, proper wages and also retaliated against Plaintiff in violation of the FLSA.  On March 12, 2013, Plaintiff filed an amended complaint, which added additional defendants to the action as well as additional allegations in relation to those defendants.  In the interests of convenience, Defendants accepted service of the amended complaint as of March 15, 2013, and the Parties have acknowledged that service of the answer to the amended complaint shall be served and filed on or before March 29, 2013, pursuant to FRCP 15(a)(3).

The Parties hope that this letter provides the Court with a sufficient update as to the status of the case.  Should the Court wish to discuss this status letter or anything else involving the case, the Parties will makes themselves available either telephonically or in person, at the Court's convenience.

Respectfully submitted,

Magistrate Judge Cheryl L. Pollak
March 21, 2013
Page 2

| MARCH 21, 2013 | MARCH 21, 2013 |
|---|---|
| LITTLER MENDELSON, P.C. | THE LAW OFFICE OF BORRELLI & ASSOCIATES, PLLC |
| *[signature]* | *[signature]* |
| Craig R. Benson | Douglas Levine |
| George Pauta | Michael J. Borrelli |
| 900 Third Ave. | 1010 Northern Boulevard, |
| New York, NY 10022 | Suite 328 |
| (212) 583-2681 | Great Neck, New York 11021 |
| | (516) 248-5550 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff, on behalf of himself and all others similarly situated* |

cc: Magistrate Judge Cheryl L. Pollak (*courtesy copy*)
     Douglas Levine, Esq. (*via ECF and email*)