US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 4/17/13

TIME SPENT: _____

DOCKET NO. 12 CV 5274

CASE: Marin v. Apple-Metro

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

✓ COMPLETED     ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Parties to exchange discovery requests by 5/10
Responses 6/17
Conference 6/24 at 3:00