

**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

George B. Pauta
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
gpauta@littler.com

September 4, 2013

**VIA ECF AND FACSIMILE (718) 613-2365**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Request Granted.
Conference Adjourned to:
10/17 at 2:00
/s/ CHERYL L. POLLAK   9/4/13
United States Magistrate Judge
SO ORDERED.

Re: **Marin, et al. v. Apple-Metro, Inc, et al**
**Index No. 12-cv-05274 (ENV) (CLP)**

Dear Judge Pollak:

We represent defendants Apple Metro, Inc.; AM NYCF, LLC; 42nd Apple LLC; 117th Apple, LLC; Airmont Apple, LLC; Astoria Apple, LLC; AT Apple, LLC; Bay Plaza Apple, LLC; Bay Terrace Apple, LLC; Bed-Stuy Apple, LLC; Broadway Apple, LLC; BTM Apple, LLC; Cortlandt Apple, LLC; Cross County Apple, LLC; Crossroads Apple, LLC; EB Apple, LLC; Expressway Apple, LLC; Flatbush Apple, LLC; Fordham Apple, LLC; Fresh Meadows Apple, LLC; Harlem Apple, LLC; Hawthorne Apple, LLC; Jamaica Apple, LLC; Kisco Apple, LLC; Mamaroneck Apple, LLC; New Dorp Apple, L.L.C.; New Rochelle Apple, LLC; Outerbridge Apple, LLC; Port Chester Apple, LLC; Queens Center Apple, LLC; Rego Park Apple, LLC; Riverdale Apple, LLC; S.I. Mall Apple, L.L.C.; Sheepshead Apple, LCC; SVC Apple, LLC; Triangle Apple, LLC; White Plains Apple, LLC; Zane Tankel; Roy Raeburn; Aubery Daly; Roland Raymond; Derek Palmer; Susy Quintero; and Christopher Antoine in the above-referenced action.

We write on behalf of the parties to jointly request that: (1) the time for the parties to serve responses to one another's revised discovery requests be extended from September 6, 2013 to and including September 20, 2013; and (2) due to issues with availability towards the end of this month, that the status conference currently scheduled for September 12, 2013 be adjourned to a date no sooner than October 7, 2013. Enclosed please find a Stipulation signed by counsel for both parties concerning this request.

Hon. Cheryl L. Pollak
September 4, 2013
Page 2

We thank Your Honor for her consideration of our request.

Respectfully,

George B. Pauta

cc:     Michael J. Borrelli (via e-mail)
        Daniela E. Nanau (via e-mail)
        Robert W. Ottinger (via e-mail)
        Ariel Y. Graff (via e-mail)

Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>APPLE METRO, INC., AM NYCF, LLC, 42ND APPLE LLC, 117TH APPLE, LLC, AIRMONT APPLE, LLC, ASTORIA APPLE, LLC, AT APPLE, LLC, BAY PLAZA APPLE, LLC, BAY TERRACE APPLE, LLC, BED-STUY APPLE, LLC, BROADWAY APPLE, LLC, BTM APPLE, LLC, CORTLANDT APPLE, LLC, CROSS COUNTRY APPLE, LLC, CROSSROADS APPLE, LLC, EB APPLE, LLC, EXPRESSWAY APPLE, LLC, FLATBUSH APPLE, LLC, FORDHAM APPLE, LLC, FRESH MEADOWS APPLE, LLC, HARLEM APPLE, LLC, HAWTHORNE APPLE, LLC, JAMAICA APPLE, LLC, KISCO APPLE, LLC, MAMARONECK APPLE, LLC, NEW DORP APPLE, L.L.C., NEW ROCHELLE APPLE, LLC, OUTERBRIDGE APPLE, LLC, PORT CHESTER APPLE, LLC, QUEENS CENTER APPLE, LLC, REGO PARK APPLE, LLC, RIVERDALE APPLE, LLC, S.I. MALL APPLE, LLC, SHEEPSHEAD APPLE, LCC, SVC APPLE, LLC, TRIANGLE APPLE, LLC, WHITE PLAINS APPLE, LLC, ZANE TANKEL, an individual, ROY RAEBURN, an individual, KIRK SAMLAL, an individual, AUBREY DALY, an individual, ROLAND RAYMOND, an individual, DERRICK PALMER, an individual, SUSY QUINTERO, an individual, and CHRIS ANTOINE, an individual,<br><br>Defendants. | Case No.: 12-CV-05274<br><br>**STIPULATION AND PROPOSED ORDER TO ADJOURN DISCOVERY DEADLINE AND STATUS CONFERENCE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants through their undersigned counsel, subject to the approval of the Court, that the time for the parties to serve responses to one another's revised discovery requests be extended from September 6, 2013 to and including September 20, 2013; and

1

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants through their undersigned counsel, subject to the approval of the Court, that the status conference currently scheduled for September 12, 2013 be adjourned to a date no sooner than October 7, 2013, which will be set by the Court.

DATED: September 4, 2013

SO STIPULATED:

| By: *[signature]* | By: *[signature]* |
|---|---|
| **BORRELLI & ASSOCIATES, P.C.** | **LITTLER MENDELSON, P.C.** |
| Michael J. Borrelli<br>Daniela Elisabeth Nanau<br>1010 Northern Blvd.<br>Ste. 328<br>Great Neck, NY 11021<br>(516) 248-5550 | Craig R. Benson<br>George B. Pauta<br>Robert A. Cirino<br>900 Third Avenue<br>New York, NY 10022.3298<br>(212) 583-9600 |
| **THE OTTINGER FIRM, P.C.** | *Attorneys for the following Defendants:* |
| Robert W. Ottinger<br>Ariel Yigal Graff<br>20 West 55th Street<br>6th Floor<br>New York, NY 10019<br>(212) 571-2000<br><br>*Attorneys for Plaintiffs* | APPLE METRO, INC.; AM NYCP, LLC; 42ND APPLE LLC; 117TH APPLE, LLC; AIRMONT APPLE, LLC; ASTORIA APPLE, LLC; AT APPLE, LLC; BAY PLAZA APPLE, LLC; BAY TERRACE APPLE, LLC; BED-STUY APPLE, LLC; BROADWAY APPLE, LLC; BTM APPLE, LLC; CORTLANDT APPLE, LLC; CROSS COUNTY APPLE, LLC; CROSSROADS APPLE, LLC; EB APPLE, LLC; EXPRESSWAY APPLE, LLC; FLATBUSH APPLE, LLC; FORDHAM APPLE, LLC; FRESH MEADOWS APPLE, LLC; HARLEM APPLE, LLC; HAWTHORNE APPLE, LLC; JAMAICA APPLE, LLC; KISCO APPLE, LLC; MAMARONECK APPLE, LLC; NEW DORP APPLE, L.L.C.; NEW ROCHELLE APPLE, LLC; OUTERBRIDGE APPLE, LLC; PORT CHESTER APPLE, LLC; QUEENS CENTER APPLE, LLC; REGO PARK APPLE, LLC; RIVERDALE APPLE, LLC; S.I. MALL APPLE, L.L.C.; SHEEPSHEAD APPLE, LCC; SVC APPLE, LLC; TRIANGLE APPLE, LLC; WHITE PLAINS APPLE, LLC; ZANE TANKEL; ROY RAEBURN; AUBERY DALY; ROLAND RAYMOND; DEREK PALMER; SUSY QUINTERO; and CHRISTOPHER ANTOINE. |

**SO ORDERED** this _____ day of _____, 2013
/s/ CHERYL L. POLLAK 9/4/13