UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>- against -<br><br>APPLE METRO, INC., et al.,<br><br>                 Defendants. | Case No. 12 Civ. 5274<br>(ENV)(CLP)<br><br><br><br>-related to- |
| SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>- against -<br><br>APPLE METRO, INC., et al.,<br><br>                 Defendants. | Case No. 13 Civ. 1417<br>(ENV)(CLP) |

**NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE UNDER SECTION 216(b) OF THE FLSA**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Ariel Y. Graff and exhibits attached thereto, together with all prior pleadings and proceedings had herein, such further pleadings and documents as may be filed, and oral argument as the Court may permit or require, Plaintiffs hereby respectfully move this Court, before the Honorable Magistrate Judge Cheryl L. Pollack, 225 Cadman Plaza East, Brooklyn, New York, for an Order: (1) conditionally certifying this suit as a collective action; (2) authorizing Plaintiffs to send the proposed Notice of this action along with a Consent Form (opt-in form) to all putative collective class members; (3) directing Defendants to produce, in a

computer readable manner, the names, last known mailing addresses, alternate addresses, all telephone numbers, last known email addresses, and dates of employment of all putative collective class members; and (4) directing Defendants to conspicuously post the Notice, along with the Consent forms, in a place where putative plaintiffs are likely to view them.

Dated: February 3, 2014
      New York, New York

Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

By: _/s/ Ariel Graff_
    Ariel Y. Graff
    Robert W. Ottinger

THE OTTINGER FIRM, P.C.
20 W. 55th Street, 6th Floor
New York, New York 10019
Telephone: (212) 571-2000
ari@ottingerlaw.com
robert@ottingerlaw.com

*AND*

Christopher L. Van De Water, Esq.
Michael J. Borrelli, Esq.

BORRELLI & ASSOCIATES, PLLC
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Telephone: (516) 248-5550

clv@employmentlawyernewyork.com
mjb@employmentlawyernewyork.com

*Counsel for Plaintiffs*