

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Craig R. Benson
212.583.2682 direct
212.583.9600 main
718.732.2369 fax
cbenson@littler.com

August 5, 2014

**VIA ECF**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: *Marin et al. v. Apple-Metro, Inc. et al.*
**Civil Action No. 12-cv-05274**

*Dove et al. v. Apple-Metro, Inc. et al.*
**Civil Action No. 13-cv-01417**

Dear Magistrate Pollak:

This office represents the Defendants in the above-referenced cases. As per the Court's July 29, 2014 Conditional Certification Order (*Marin*, ECF No. 75, at 22; *Dove*, ECF No. 48, at 22), the parties have met and conferred with regards to the appropriate language to include in the collective action notice. The parties, however, cannot agree as to some items and thus respectfully propose the following briefing schedule:

- Defendants to submit a letter brief by Thursday, August 7, 2014; and

- Plaintiffs to submit a reply letter brief by Monday, August 11, 2014.

The parties are also available for a telephonic or in-person conference to discuss these issues and/or the proposed briefing schedule, at the Court's request.

We thank the Court for its time and consideration.

Respectfully submitted,

Craig R. Benson

CRB/clh

cc: All Counsel of Record (via ECF)

littler.com