

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298


Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

September 17, 2018


**VIA ECF**

District Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Marin et al. v. Apple-Metro, Inc. et al.*
              Civil Action No. 12-cv-05274-ENV-CLP

              *Dove et al. v. Apple-Metro, Inc. et al.*
              Civil Action No. 13-cv-01417-ENV-CLP

Dear Judge Vitaliano:

My firm represents the Defendants[1] in the above-referenced cases.

I write to respectfully request a revision to the Motion to Strike briefing schedule, so ordered on September 12, 2018 (original briefing schedule located at *Marin*, ECF No. 323).

Specifically, due to the Jewish holidays, Defendants respectfully submit the following revised schedule (with one-week extensions on each deadline):

- Moving brief: September 25
- Opposition brief: October 16
- Reply brief: November 2

Plaintiffs have consented to this revised briefing schedule.  This is the Defendants' first request for an extension of this briefing schedule.  We thank the Court for its time and consideration.

---

[1] Except individually named Defendant Kirk Samlal.

District Judge Eric N. Vitaliano
September 17, 2018
Page 2

                                            Respectfully submitted,

                                            *s/ Christine Hogan*

                                            Christine L. Hogan

cc:      Counsel of Record (via ECF)