UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>APPLE METRO, INC., et al.,<br><br>　　　　　　　　Defendants.<br><br>SHAUNTA DOVE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>APPLE METRO, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 12 Civ. 5274<br>(ENV)(CLP)<br><br><br>**NOTICE OF MOTION<br>TO STRIKE THE AFFIDAVIT OF<br><u>M. PATRICIA SMITH</u>**<br><br>Case No. 13 Civ. 1417<br>(ENV)(CLP) |

**PLEASE TAKE NOTICE** that, upon the Defendants' Memorandum of Law in Support of Their Motion to Strike the July 27, 2018 Affidavit of M. Patricia Smith, and upon all prior pleadings and proceedings, Defendants will move this Court, before the Eric N. Vitaliano, at the United States District Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, for an order striking the July 27, 2018 Affidavit of M. Patricia Smith, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
　　　　September 25, 2018

　　　　　　　　　　　　　　　　　　　　*s/ Craig R. Benson*
　　　　　　　　　　　　　　　　　　　　Craig R. Benson
　　　　　　　　　　　　　　　　　　　　Christine L. Hogan
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　900 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　Tel: (212) 583.9600

*Attorneys for Defendants APPLE-METRO, INC., AM NYCF, LLC, 42ND APPLE, LLC, 117TH APPLE, LLC, AIRMONT APPLE, LLC, ASTORIA APPLE, LLC, AT APPLE, LLC, BAY PLAZA APPLE, LLC, BAY TERRACE APPLE, LLC, BED-STUY APPLE, LLC, BROADWAY APPLE, LLC, BTM APPLE, LLC, CORTLANDT APPLE, LLC, CROSS COUNTY APPLE, LLC, CROSSROADS APPLE, LLC, EB APPLE, LLC, EXPRESSWAY APPLE, LLC, FLATBUSH APPLE, LLC, FORDHAM APPLE, LLC, FRESH MEADOWS APPLE, LLC, HARLEM APPLE, LLC, HAWTHORNE APPLE, LLC, JAMAICA APPLE, LLC, KISCO APPLE, LLC, MAMARONECK APPLE, LLC, NEW DORP APPLE, L.L.C., NEW ROCHELLE APPLE, LLC, OUTERBRIDGE APPLE, LLC, PORT CHESTER APPLE, LLC, QUEENS CENTER APPLE, LLC, REGO PARK APPLE, LLC, RIVERDALE APPLE, LLC, S.I. MALL APPLE, L.L.C., SHEEPSHEAD APPLE, LLC, SVC APPLE, LLC, TRIANGLE APPLE, LLC, WHITE PLAINS APPLE, LLC, ZANE TANKEL, ROY RAEBURN, AUBERY DALEY, ROLAND RAYMOND, DEREK PALMER, SUSY QUINTERO, and CHRISTOPHER ANTOINE*