UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 12 Civ. 5274 (ENV)(CLP) |
| -against- | |
| APPLE METRO, INC., et al., | |
| Defendants. | |
| SHAUNTA DOVE, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Case No. 13 Civ. 1417 (ENV)(CLP) |
| -against- | |
| APPLE METRO, INC., et al., | |
| Defendants. | |

**DECLARATION OF ROBERT W. OTTINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF M. PATRICIA SMITH**

I, Robert W. Ottinger, an attorney admitted to practice before this Court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Principal attorney at The Ottinger Firm, P.C. Together with the attorneys, Borelli & Associates, P.L.L.C., our co-counsel, The Ottinger Firm, P.C. is counsel of record for Plaintiffs in the above-referenced related actions; and I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims on behalf of the Collectives and Proposed Subclasses.

2. A true and correct copy of the Department of Labor Fact Sheet #15: Tipped Employees Under the FLSA is attached hereto as **Exhibit A**.

3. A true and correct copy of Order of Commissioner of Labor M. Patricia Smith on the Report and Recommendation of the 2009 Wage Board is attached hereto as **Exhibit B**.

4.      I have read this Declaration and declare under penalty of perjury, under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 16, 2016 in San Francisco, California.


                                        s/ Robert W. Ottinger

                                        Robert W. Ottinger
                                        The Ottinger Firm, P.C.
                                        Counsel for Plaintiffs