# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 11, 2020

*Via ECF and First-Class Mail*
The Honorable Eric N. Vitaliano
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Marin, et al., v. Apple-Metro, Inc., et al.,* Case No: 12-cv-5274 (ENV)(CLP), and
     *Dove, et al., v. Apple-Metro, Inc., et al.* Case No: 13-cv-1417 (ENV)(CLP)

Dear Judge Vitaliano:

  Along with our co-counsel, we represent Plaintiffs and the putative classes in the above-referenced cases. We write pursuant to Rule I.I of Your Honor's Individual Motion Practice and Rules to notify the Court that the parties have reached an agreement in principle to resolve all claims in these matters on a class-wide basis, and that we are now preparing a written settlement agreement and all supporting documents. As a result, we jointly and respectfully request that the Court stay these matters pending receipt of our anticipated motion for preliminary approval of a Rule 23 class action settlement, to be filed as soon as is practicable.

  We thank the Court for its time and attention to these matters.

                Respectfully submitted,

                _____
                Michael R. Minkoff, Esq.
                 *For the Firm*

C: Counsel of Record (via ECF)