

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450


Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

May 16, 2022


**VIA ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

Re:     Marin, et al. v. Apple-Metro, Inc., at al., No. 12 Civ. 5274 (E.D.N.Y.)
        Dove, et al. v. Apple-Metro, Inc., at al., No. 13 Civ. 1417 (E.D.N.Y.)

Dear Judge Pollak:

      We represent Defendants in the above matters.[1]  We write regarding the current discovery schedule.

      The deadline for the parties to exchange opt-in lists for purposes of depositions, exchange supplemental Rule 26 disclosures, to bring motions regarding written discovery related to anticipated depositions, and produce electronically stored information ("ESI") is today.  I write on behalf of both parties to request an extension of these deadlines up to and including June 15, 2022.  The parties intend to submit a further communication to the Court with further details concerning opt-in discovery and unstructured ESI deadlines prior to the June 15, 2022 deadline, which will further detail the parties' agreements after their conferrals on these topics.

      We also write to bring the following to the Court's attention:  The deadline to bring forward disputes regarding ESI is also today.  We write to advise that the parties have a dispute concerning the production of structured ESI.  Plaintiffs will be filing a letter with the Court today concerning their request for structured ESI, and Defendants will submit a responsive letter, per Your Honor's Motion Procedures and Rules.

---

[1] Except individually named Defendant, Samlal.

The Honorable Cheryl L. Pollak
May 16, 2022
Page 2

Respectfully submitted,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc:     All Counsel of Record (Via ECF)

4893-0136-9632.1 / 052366-1016

littler.com