UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE METRO, INC., et al.,<br>        Defendants. | Case No. 12 Civ. 5274<br>(ENV)(CLP) |
| SHAUNTA DOVE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE METRO, INC., et al.,<br>        Defendants. | Case No. 13 Civ. 1417<br>(ENV)(CLP) |

**STATUS REPORT**

  The Parties in the above-captioned cases submit this status report pursuant to the Court's February 14, 2023 Minute Entry. After extensive negotiations, the parties have reached agreement on material terms of a settlement of both of the above-captioned lawsuits. The parties therefore request that the court adjourn all current litigation deadlines, and set a deadline for the parties to submit a motion seeking settlement approval by no later than April 3, 2023.

  We thank the Court for its attention to this matter.

Dated: New York, New York
March 3, 2023

/s/ *Justin M. Swartz*
Justin M. Swartz
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**BORRELLI & ASSOCIATES, P.L.L.C.**
Michael J. Borrelli
Alexander T. Coleman
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 248-5550

**THE OTTINGER FIRM, P.C.**
Robert Ottinger
401 Park Ave South
New York, New York 10016
Telephone: (347) 201-6217

*Attorneys for Plaintiffs, the Collective, and the Putative Class*

/s/ *Craig R. Benson*
Craig R. Benson
**LITTLER MENDELSON, P.C.**
900 Third Avenue
New York, NY 10022
Telephone: (212-583-9600

**LITTLER MENDELSON, P.C.**
Jessica F. Pizzutelli
375 Woodcliff Drive, 2nd Floor
Fairport, NY 14450
Telephone: (585) 203-3403

*Attorneys for Defendants*