UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARIN, KENNY LEBRON, and MARTINA HANISCH, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>APPLE METRO, INC., et al.,<br>                      Defendants. | Case No. 12 Civ. 5274<br>(ENV)(CLP) |
| SHAUNTA DOVE, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>APPLE METRO, INC., et al.,<br>                      Defendants. | Case No. 13 Civ. 1417<br>(ENV)(CLP) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL
OF COLLECTIVE ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Justin M. Swartz and accompanying exhibits, together with all prior pleadings and proceedings had herein, such further pleadings and documents as may be filed, and oral argument as the Court may permit or require, Plaintiffs hereby respectfully move this Court, before the Honorable Magistrate Judge Cheryl L. Pollak 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement.

Dated: New York, New York

May 22, 2023

/s/ *Justin M. Swartz*
Justin M. Swartz
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**BORRELLI & ASSOCIATES, P.L.L.C.**
Michael J. Borrelli
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 248-5550

**THE OTTINGER FIRM, P.C.**
Robert Ottinger
401 Park Ave South
New York, New York 10016
Telephone: (347) 201-6217

*Attorneys for Plaintiffs and the Collective*